## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| JUDD HOFF, | Civil No. 13-1992 (JRT/LIB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| DEPUTY JEFF EDWARDS, | |
| Defendant. | |

_____

Judd Hoff, 108 First Street South, Hoffman, MN 56339, *pro se* plaintiff,

Nigel H Mendez, Thomas Carlson, **CARLSON & ASSOCIATES, LTD.**, 1052 Centerville Circle, Vadnais Heights, MN 55127, for defendant.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED**:

1. That Defendant's Motion to Dismiss [Docket No. 10] is **GRANTED**.

2. That Plaintiff's Amended Complaint [Docket No. 5] is **DISMISSED** without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 5, 2014                                s/John R. Tunheim
                                                             JOHN R. TUNHEIM
                                                             United States District Judge